**Order entered May 16, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00147-CV

## IN THE INTEREST OF D.P., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-14694**

### ORDER

Before the court is appellant Grandmother's May 13, 2022 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 26, 2022. Because this is an accelerated appeal in a parental termination case and the brief was first due April 28, 2022, we caution that further extension requests will be disfavored.

/s/    LESLIE OSBORNE
        JUSTICE